# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 27, 2013

### NO. 03-13-00023-CR

**Erica Allen Cook, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, because it is the opinion of this Court that the same should be granted:  it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appellant is allowed to withdraw his notice of appeal and that the appeal is dismissed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.